# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

SR 659-895

Effective date of registration:

July 9, 2010

---

## Title
- **Title of Work:** WORK

## Completion/Publication
- **Year of Completion:** 1999
- **Date of 1st Publication:** July 10, 2002
- **Nation of 1st Publication:** United States

## Author
- **Author:** ANASTAS HACKETT
- **Author Created:** sound recording, performance, production, music, lyrics
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1963
- **Pseudonymous:** Yes

## Copyright claimant
- **Copyright Claimant:** ANASTAS HACKETT
  229 19 MERRICK BLVD, 313, LAURELTON, NY, 11413, United States

## Rights and Permissions
- **Organization Name:** TRAVELING MAN PRODUCTIONS LLC
- **Name:** ANASTAS HACKETT
- **Email:** nmatrix55@aol.com
- **Telephone:** 718-749-1152
- **Address:** 229 19 MERRICK BLVD
  313
  LAURELTON, NY 11413 United States

## ertification

Page 1 of 2