

DMG Clearances, Inc.   Music Clearances for Film, Television, Samples and New Technology

7209 Lancaster Pike, Suite 4-330, Hockessin, DE 19707, USA
dmgclearances.com • +1.302.239.6337

VIA EMAIL - atal@atalmusic.com

9/1/21

Atal Music Limited

RE: Shenseea ft. Megan Thee Stallion "Lick" contains samples from "Work (Acapella)" written by Anastas Hackett, Harkness Taitt and published BMG Gold Songs (ASCAP), Atal Music Limited (PRS), District 6 Music (PRS)

Dear Atal Music,

I am currently working on a sample clearance for Interscope recording artist Shenseea.

In the song "Lick" Shenseea has used samples from the above referenced composition. Attached is an MP3 of the new song for your review and below is a link to the sampled song:

https://www.youtube.com/watch?v=9r1OQCC7s-s
The use is:
Main vocal sampled and appears at 0:00-0:08, and again at 2:23-2:36
Background group vocals of "work" appear during each chorus
Interpolation of "put your back in it" in each chorus

Because of the nature of this clearance, the rights that we are looking to secure include the right to use this sample in our new composition in all audio configurations, now known or hereinafter devised, throughout the world, in perpetuity including music video rights and digital downloads and ring tones/ring tunes.

Any efforts to provide me with a response to this request as soon as possible would be sincerely appreciated. I look forward to hearing from you.

Best regards,

*Billy Toulson*