## LIST OF THE PLACES WHERE THE INFRINGEMENT CAN BE FOUND

YouTube
https://youtu.be/R6jzbvIua08

Spotify Streaming Services
https://open.spotify.com/track/5Q6pQ8G99rjTeCgHTMev7X?si=c934c5c90d114472

Apple Music
https://music.apple.com/WebObjects/MZStore.woa/wa/viewCollaboration?cc=us&ids=1132311326-1258989914

Pandora Music
https://pandora.app.link/V6wD4yk06nb

Amazon Music
https://music.amazon.com/albums/B09QH9BTF6?marketplaceId=ATVPDKIKX0DER&musicTerritory=US&ref=dm_sh_UlYHTQgPxuSqatHNrG8w3UHpY&trackAsin=B09QH7GP8V