USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/14/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANASTAS THEODORE HACKETT, TRAVELING MAN PRODUCTIONS, LLC,

          Plaintiffs,

-against-

INTERSCOPE RECORDS INC., CHINSEA LINDA LEE, Professionally known as SHENSEEA, ATAL MUSIC LIMITED, ALEXANDRE ESCOLIER,

          Defendants.

1:22-cv-01868-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs initiated this action by filing a complaint on March 4, 2022. [ECF No. 1]. After Plaintiffs failed to timely file proof of service as to any defendant, the Court ordered Plaintiffs to serve the summons and complaint on the defendants on or before June 13, 2022 or to otherwise show cause why the case should not be dismissed for failure to timely serve. [ECF No. 9]. The Court admonished Plaintiffs that if they failed to show cause, on or before June 13, 2022, why service has not been made, the complaint will be dismissed for failure to prosecute. [ECF No. 9].

    Plaintiffs thereafter filed an affidavit of service of summons and complaint, which stated that Defendants Interscope Records Inc. and Chinsea Linda Lee has been served on April 22, 2022. [ECF No. 10]. According to that summons, their responses to the complaint were due May 13, 2022. [ECF No. 10]. No responses were filed, and Plaintiffs have not prosecuted this case to date. To date, Plaintiffs have also not filed any proof of service with respect to Defendants ATAL Music Limited or Alexandre Escolier.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment as against Defendants Interscope Records Inc. and Chinsea Linda Lee shall be filed by July 14, 2022. Plaintiffs are directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by July 14, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

IT IS FURTHER ORDERED that this action is dismissed as against Defendants ATAL Music Limited and Alexandre Escolier for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by July 14, 2022. If no such application is made by that date, today's dismissal of the action as against Defendants ATAL Music Limited and Alexandre Escolier is with prejudice. *See LeSane*, 239 F.3d at 209.

**SO ORDERED.**

Date:  **June 14, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
United States District Judge