```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANASTAS THEODORE HACKETT,
TRAVELING MAN PRODUCTIONS, LLC,

           Plaintiff,

-against-

INTERSCOPE RECORDS INC.,
CHINSEA LINDA LEE, Professionally
known as SHENSEEA, ATAL MUSIC
LIMITED, ALEXANDRE ESCOLIER,

           Defendants.

1:22-cv-01868

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      On October 12, 2022, the Court received a letter from Plaintiffs' former counsel, requesting that this matter be stayed for 45 days to permit Plaintiffs an opportunity to obtain new counsel. [ECF No. 32.] Defendants consented to this request on October 13, 2022. [ECF No. 33.] On October 13, 2022, the Court issued an Order staying this matter for 30 days and instructing Plaintiffs to file a letter by November 4, 2022, informing the Court of the status of their representation. [ECF No. 34.]

      Plaintiffs failed to file any such letter. On November 7, 2022, the Court issued an Order to Show Cause, directing Plaintiffs to file a letter on or before November 15, 2022, showing cause why this case should not be dismissed for failure to prosecute. [ECF No. 35.] On November 14, 2022, Plaintiff Anastas Hackett filed a pro se letter, requesting an additional 30 days to retain counsel. [ECF No. 36.] On November 14, 2022, the Court issued an Order granting Plaintiffs an additional 30 days to retain counsel and warning that there would be no further extensions. [ECF No. 37.] One month later, on December 14, 2022, Plaintiff Hackett filed a notice of pro se

appearance and consent to electronic service on behalf of himself and purportedly on behalf of Plaintiff Traveling Man Productions, LLC.  [ECF Nos. 38, 39.]

On December 14, 2022, the Court issued an Order to Show Cause, informing Plaintiff Hackett that a "limited liability company (LLC) can appear in federal court only through a licensed attorney."  *Japanese Juices LLC v. United States*, No. 20-CV-1371 (CM), 2020 WL 8679708, at *1 (S.D.N.Y. Mar. 5, 2020).  [ECF No. 40.]  The Court instructed Plaintiff Hackett that he may not "appear pro se on behalf of Plaintiff Traveling Man Productions, LLC" and ordered Plaintiffs "to file a letter on or before December 21, 2022, showing cause why the claims of Plaintiff Traveling Man Productions, LLC should not be dismissed."  [ECF No. 40.]  The Court warned Plaintiffs that "**if counsel does not appear on behalf of Plaintiff Traveling Man Productions, LLC, its claims will be dismissed.**"  [ECF No. 40.]

No counsel has appeared on behalf of Plaintiff Traveling Man Productions, LLC.  Accordingly, the Court dismisses without prejudice all claims asserted by Traveling Man Productions, LLC.  *See Japanese Juices LLC*, 2020 WL 8679708, at *1.  Hackett "can only proceed pro se in this action to pursue his own claims; he cannot pursue claims on behalf of an LLC."  *Id.*  Plaintiff is admonished that he may not attempt to press claims on behalf of Traveling Man Productions, LLC.

The Clerk of Court is respectfully requested to lift the stay in this case.

**SO ORDERED.**

Date:  December 28, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**